UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gerald Doyen,<br><br>    Plaintiff,<br>v.<br><br>Border Foods, Inc. d/b/a Taco Bell and<br>White Bear Bell, LLC,<br><br>    Defendants. | File No. 19-cv-0485 (ECT/SER)<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 5], entered into by Plaintiff and Defendants,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 11, 2019              s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court