# UNITED STATES DISTRICT COURT
## District of Minnesota

Gerald Doyen,

                Plaintiff(s),

v.

Border Foods, Inc. d/b/a Taco Bell and
White Bear Bell, LLC,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:    19-cv-485 (ECT/SER)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Date:  March 11, 2019

                                          KATE M. FOGARTY, CLERK

                                                    s/Jennifer Beck
                                        (By)  Jennifer Beck, Deputy Clerk